<pre>
 1
 2
 3
 4                     UNITED STATES DISTRICT COURT
 5                           DISTRICT OF NEVADA
 6
 7   BANK OF AMERICA, N.A.,            )
                                       )
 8           Plaintiff,                )   Case No. 2:15-cv-01021-RFB-GWF
                                       )
 9   vs.                               )   ORDER
                                       )
10   SFR INVESTMENTS POOL 1 LLC;       )
     SOUTHERN HIGHLANDS COMMUNITY      )
11   ASSOCIATION,                      )
                                       )
12           Defendants.               )
                                       )
13   _____ )
</pre>

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#1) in this matter was filed June 3, 2015. Defendant SFR Investments Pool 1, LLC filed its Answer (#7) on June 24, 2015. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 24, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 14th day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge