DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br>Plaintiff, <br><br>v. <br><br>SFR INVESTMENTS POOL 1, LLC; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive; <br><br>Defendants. | Case No.: 2:15-cv-01021-RFB-DJA <br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br>Counter/Cross Claimant, <br><br>v. <br><br>BANK OF AMERICA, N.A., a national association; KB HOME MORTGAGE COMPANY, a foreign corporation; RYAN MURPHY, an individual, <br><br>Counter/Cross Defendants. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Jesse A. Ransom, Esq., is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All

49789934;1

items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Darren T. Brenner, Esq. and Jared M. Sechrist, Esq.

DATED this 13th day of August, 2019.

**AKERMAN LLP**

*/s/ Jared M. Sechrist*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

## **COURT APPROVAL**

IT IS SO ORDERED.

Date: August 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

49789934;1