LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
aebert@lipsonneilson.com
*Attorneys for Southern Highlands Community Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1 LLC; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, <br><br> Defendants. | CASE NO.: 2:15-cv-01021-RFB-DJA <br><br> **SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION'S MOTION TO REMOVE ATTORNEY PETER E. DUNKLEY, ESQ., FROM THE ELECTRONIC SERVICE LIST** |

Defendant, Southern Highlands Community Association ("Southern Highlands"), by and through its attorney of record, LIPSON NEILSON, P.C., hereby provides notice that attorney Peter E. Dunkley, Esq., is no longer with the firm of Lipson Neilson, P.C.

Lipson Neilson, P.C., continues to serve as counsel for Southern Highlands in this action, therefore no parties are prejudiced by this withdrawal. The undersigned respectfully requests the court remove Peter E. Dunkley, Esq., from the electronic

\ \ \

\ \ \

\ \ \

service list in this action. All future correspondence, papers and future notices should continue to be directed to Kaleb D. Anderson, Esq., and Amanda A. Ebert, Esq.

DATED this 11th day of September, 2019.

LIPSON NEILSON P.C.

By: /s/ Amanda A. Ebert
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Southern Highlands Community Association*

**ORDER**

**IT IS SO ORDERED.**

DATED: September 12, 2019

_____
Daniel J. Albregts
United States Magistrate Judge