DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: jared.sechrist@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive; <br><br> Defendants. <br> _____ <br><br> SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br> v. <br><br> BANK OF AMERICA, N.A., a national association; KB HOME MORTGAGE COMPANY, a foreign corporation; RYAN MURPHY, an individual, <br><br> Counter/Cross Defendants. | Case No.: 2:15-cv-01021-RFB-DJA <br><br> **STIPULATION TO EXTEND TIME FOR JOINT PRETRIAL ORDER** |

This matter was intended to be trial in October, 2019, on certain narrow issues related to the purported tender and/or futility thereof as part of an omnibus trial with other matters. ECF 87. The joint pretrial order in this case was due on September 16, 2019. Subsequently, the court agreed and

1

50194126;1

instructed the parties trial will be moved to December in order to ensure all interested parties impacted by the omnibus trial were given fair notice of their opportunity to participate.

The parties did not file a pretrial order on September 16, 2019, and it is unclear to the parties whether the September 16, 2019 pretrial order deadline still stands in light of the omnibus trial being moved to December. Other logistical issues stood in the way of completing this task by September 16, including a power outage on September 16, an unexpected personal/medical issue on September 17, and that BANA's counsel is still waiting to hear back from Mr. Rock Jung regarding his December availability. Under the circumstances, the parties request an extension of the pretrial order deadline to at least **October 20, 2019.**

DATED this 17th day of September, 2019.

**AKERMAN LLP**

*/s/ Darren T. Brenner*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JARED M. SECHRIST, ESQ.
Nevada Bar No. 10439
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for Bank of America, N.A.*

DATED this 17th day of September, 2019.

**KIM GILBERT EBRON**

/s/*Karen Hanks*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

DATED this 19th day of September, 2019.

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

50194126;1