DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive; <br><br> Defendants. | Case No.: 2:15-cv-01021-RFB-DJA <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., a national association; KB HOME MORTGAGE COMPANY, a foreign corporation; RYAN MURPHY, an individual, <br><br> Counter/Cross Defendants. | |

50798320;1

1  **TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE that Bank of America, N.A., hereby provides notice that Jared M.

3  Sechrist, Esq., is no longer associated with the law firm of Akerman LLP.

4  Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action. All

5  items, including, but not limited to, pleadings, papers, correspondence, documents and future notices

6  in this action should continue to be directed to Darren T. Brenner, Esq. and Nicholas E. Belay, Esq.

DATED this 13th day of November, 2019.

**AKERMAN LLP**

*/s/ Nicholas E. Belay*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: 11/14/2019

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:15-cv-01021-RFB-DJA

50798320;1