DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive;<br><br>Defendants. | Case No.: 2:15-cv-01021-RFB-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE STAY OF LITIGATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national association; KB HOME MORTGAGE COMPANY, a foreign corporation; RYAN MURPHY, an individual,<br><br>Counter/Cross Defendants. | |

Bank of America, N.A. (**BANA**), and SFR Investments Pool 1, LLC by and through their counsel of record, have reached a settlement in principle, and the settlement agreement has been executed by the parties. Based thereon, the Parties stipulate to vacate the current dispositive motion

52929565;1

1 deadline set for June 8, 2020, and reinstate the stay of litigation for ninety (90) days to allow for the
2 parties to perform a condition precedent to the settlement and finalize the settlement.  The parties
3 further request the court set a status report deadline regarding the settlement for ninety (90) from the
4 entry of this Stipulation and Order.  The additional time will also allow BANA and Southern Highlands
5 Community Association to continue exploring the potential for settlement. This request to stay is being
6 made in the interest of preserving judicial resources.

7 Respectfully submitted, this 4th day of June, 2020.

| **AKERMAN LLP**<br><br>*/s/ Nicholas E. Belay, Esq.*<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | **KIM GILBERT EBRON**<br><br>*/s/ Chantel M. Schimming, Esq.*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
|---|---|
| **LIPSON NEILSON P.C.**<br><br>*/s/ Amanda A. Ebert, Esq.*<br> KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>AMANDA A. EBERT, ESQ.<br>Nevada Bar No. 12731<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Southern Highlands Community Association* | |

## **ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the June 8, 2020, dispositive motions deadline is vacated, and the litigation is stayed for an additional 90 days. The parties are to file a status report within 90 days of the issuance of this order.

**DATED** this 5th day of June, 2020.    
_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572