ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive; <br><br> Defendants. | Case No.: 2:15-cv-01021-RFB-DJA <br><br> **JOINT STATUS REPORT** <br><br> **AND** <br><br> **STIPULATION AND ORDER TO CONTINUE STAY OF LITIGATION** <br><br> **(SECOND REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., a national association; KB HOME MORTGAGE COMPANY, a foreign corporation; RYAN MURPHY, an individual, <br><br> Counter/Cross Defendants. | |

Bank of America, N.A. (**BANA**), SFR Investments Pool 1, LLC (**SFR**), and Southern Highlands Community Association (**Southern Highlands**), by and through their counsel of record,

52929565;1

stipulate and agree to continue the stay of proceedings for an additional 90 days. In support of this stipulation, the parties represent as follows:

1. On June 4, 2020, the parties filed a stipulation and order to vacate the dispositive motion deadline and reinstate the litigation stay for 90 days.

2. As part of the stipulation, the parties indicated BANA and SFR had reached a settlement in principle, which had been executed, but required additional time for SFR to perform a condition precedent to the settlement.

3. The parties further noted BANA and Southern Highlands were continuing to explore the potential for settlement.

4. The property in this case is part of a more global settlement between BANA and SFR, involving a significant number of cases. Due to the COVID-19 pandemic, the parties to the settlement have agreed to extend the time for performance.

5. The parties therefore agree to continue the stay of proceedings for 90 days. This will afford BANA and SFR additional time to finalize the settlement without incurring extra expenses or burdening the court. The parties are aware of the extended time resolving this matter has taken and appreciate the court's patience.

6. The parties agree any party may move to lift the stay during the 90 days this matter is stayed pursuant to this stipulation. The parties further reserve the right to stipulate to lift the stay during the 90 days the matter is stayed pursuant to this stipulation.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

52929565;1

7. This is the parties' second request for a stipulation to continue the stay of proceedings and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of September, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| /s/ Nicholas E. Belay, Esq.<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Bank of America, N.A.* | /s/ Diana S. Ebron, Esq.<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* |
| **LIPSON NEILSON P.C.**<br><br>/s/ Amanda A. Ebert, Esq.<br> KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>AMANDA A. EBERT, ESQ.<br>Nevada Bar No. 12731<br>9900 Covington Cross Dr., Ste. 120<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Southern Highlands Community Association* | |

## **ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that the litigation stay is continued for an additional 90 days. The parties are to file a status report within 90 days of the issuance of this order.

IT IS FURTHER ORDERED that the parties shall file a status report by January 5, 2021.



RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of December, 2020,

3

52929565;1