ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> SFR INVESTMENTS POOL 1, LLC; SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive; <br><br> Defendants. | Case No.: 2:15-cv-01021-RFB-DJA <br><br> **STIPULATION AND ORDER DISMISSING ALL REMAINING CLAIMS AND TO RELEASE LIS PENDENS** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> v. <br><br> BANK OF AMERICA, N.A., a national association; KB HOME MORTGAGE COMPANY, a foreign corporation; RYAN MURPHY, an individual, <br><br> Counter/Cross Defendants. | |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC and defendant Southern Highlands Community Association stipulate to dismiss (**1**) BANA's claims against Southern Highlands and SFR and (**2**) SFR's

52929565;1

1  counterclaims against BANA, each party to bear its own attorneys' fees and costs.  This stipulation
2  dismisses all remaining claims against all parties such that this matter can be closed but does not affect
3  SFR's default judgment against cross-defendant KB Home Mortgage Company, entered on August 12,
4  2019.  (ECF Nos. 82, 83.)
5        BANA, Southern Highlands and SFR further stipulate the lis pendens recorded with the Clark
6  County Recorder on August 6, 2015, as Instrument No. 20150806-0002646, in relation to this action
7  is released.  The release affects title to the real property legally described as:

> LOT ONE HUNDRED FORTY-SEVEN (147) IN BLOCK B OF BELLA TERRA UNIT 5 AT SOUTHERN HIGHLANDS AS SHOWN BY MAP THEREOF ON FILE IN BOOK 102 OF PLATS, PAGE 58 IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA,

11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

52929565;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

and more particularly described in the official records of Clark County as APN: **177-32-414-025**.

DATED: January 5, 2020.

| **AKERMAN LLP** | **KIM GILBERT EBRON** |
|---|---|
| */s/ Nicholas E. Belay* | */s/ Diana S. Ebron* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NICHOLAS E. BELAY, ESQ.<br>Nevada Bar No. 15175<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134 | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>CHANTEL M. SCHIMMING, ESQ.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 |
| *Attorneys for plaintiff and counter-defendant Bank of America, N.A.* | *Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC* |

**LIPSON NEILSON P.C.**

*/s/ Amanda A. Ebert*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMANDA A. EBERT, ESQ.
Nevada Bar No. 12731
9900 Covington Cross Dr., Ste. 120
Las Vegas, Nevada 89144

*Attorneys for defendant Southern Highlands Community Association*

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 7th day of January, 2021.